UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TANYA R. STUTSON,                           No. C 13-00537 JCS

       Plaintiff(s),

                                        **ORDER TO SHOW CAUSE**

   v.

BUREAU OF PRISONS,

       Defendant(s).

_____/

       Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 10, 2013, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

       IT IS HEREBY ORDERED that Plaintiff appear on **May 24, 2013, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on May 10, 2013, for failure to prosecute this action, and for failure to comply with the Court's Order of February 7, 2013. A case management conference is also scheduled for **May 24, 2013, at 1:30 p.m.**

       IT IS SO ORDERED.

Dated: May 15, 2013

                                                          JOSEPH C. SPERO
                                                          United States Magistrate Judge