UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TANYA R. STUTSON,

    Plaintiff(s),

v.

BUREAU OF PRISONS,

    Defendant(s).

No. C 13-00537 JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 10, 2013, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **May 24, 2013, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on May 10, 2013, for failure to prosecute this action, and for failure to comply with the Court's Order of February 7, 2013.  A case management conference is also scheduled for **May 24, 2013, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  May 15, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge